# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ◘ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ◘ FAX: 212-278-1733
www.andersonkill.com

Alex Litt, Esq
Alitt@andersonkill.com
212-278-1021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 2/8/18

Via ECF and hand delivery

February 6, 2018

Hon. Debra Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 17A
New York, NY 10007

Re: Carlos M. Salas et al. v. Peter Salas et al.,
Case No.: 16-cv-2248

[Handwritten order:] Plaintiffs are directed to submit to this Court: (1) The document request at issue, (2) Defendants' written response (including any objections) to that request, (3) an explanation as to why the particular document in question is responsive to the request, relevant to a claim or defense asserted in the action, and proportional to the needs of the case, and (4) if Plaintiffs are taking the position that any objection to production has been waived, the basis for that position. Defendants may file a response within two business days of Plaintiffs' submission.

SO ORDERED:
DATE: 2/6/18
[Signed] DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

Dear Magistrate Judge Freeman:

We represent Plaintiffs Carlos M. Salas and Ada Cristina Salas in the above captioned matter. We write in response to Defendants' letter dated February 3, 2018 and the Court's Order dated February 6, 2018 and respectfully request that the Court compel Defendants produce Dolphin Offshore Partners 2004 financial statement and sanction Defendants for their repeated refusal comply with their discovery obligations.

On January 24, 2018, during a telephone conference between the parties, Defendants' counsel represented that they would produce documents responsive to Plaintiffs' outstanding requests. After Defendants' most recent document production, which have been outstanding for months, Plaintiffs' counsel informed Defendants' counsel that the Dolphin Offshore financial statement for 2004, which was represented would be produced, was in fact not produced. In response Defendants' counsel stated:

> I understand that we had initially agreed to produce the 2004
> Dolphin Offshore financial statements; however, upon further
> consideration, we do not believe they are relevant given that
> Dolphin Direct was not created until 2004.

See email chain annexed hereto. Defendants' counsel then reaffirmed their intention not to produce this document. See Id.

This "objection" is frivolous and without basis in law or fact. This document is clearly relevant to the present litigation and well within the scope of permissible discovery. Defendants' have not provided a reasonable objection to producing these documents. Defendants' meaningless objection and failure to produce this document is exemplary of how Defendants and their counsel have continually

---

New York, NY ◘ Los Angeles, CA ◘ Stamford, CT ◘ Washington, DC ◘ Newark, NJ ◘ Philadelphia, PA

nydocs1-1103812.1

**Anderson Kill P.C.**

February 6, 2018
Page 2

attempted to hide documents and purposefully delay this litigation, causing unnecessary fees for Plaintiffs.

Accordingly, Plaintiffs respectfully renew their request that the Court order Defendants to produce such documents and sanction Defendants for the repeated obstructionist tactics.

We thank the Court for its attention to this matter.

Respectfully submitted,

Alex Litt

Enclosures
cc:   Daniel Osborn, Esq. (via ECF and email)
      *Attorney for Defendants*

nydocs1-1103812.1