UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS M. SALAS AND ADA CRISTINA SALAS,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>PETER SALAS, et al.,<br><br>　　　　　　　Defendants. | 16cv02248 (DF)<br><br>**WITHDRAWAL OF APPEARANCE** |

　　　　Please withdraw the appearance of Alexander Litt on behalf of Plaintiffs CARLOS M. SALAS AND ADA CRISTINA SALAS, in the above-captioned matter.

September 13, 2018　　　　　By:　　/s/ Alexander Litt
　　　　　　　　　　　　　　　　　　Alexander Litt, Esq.

　　　　　　　　　　　　　　　　ANDERSON KILL P.C.
　　　　　　　　　　　　　　　　1251 Avenue of the Americas, 42nd fl.
　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　Telephone:  212-278-1000
　　　　　　　　　　　　　　　　Facsimile:  212-278-1733
　　　　　　　　　　　　　　　　alitt@andersonkill.com

　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

docs-100040465.1