UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS M. SALAS AND ADA CRISTINA SALAS,

        Plaintiffs,

vs.

PETER SALAS, et al.,

        Defendants.

16cv02248 (DF)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE,** that Elliot J. Coz, hereby appears in the above entitled action by the undersigned who has been retained as the attorneys for Carlos M. Salas and ADA Cristina Salas and requests that all papers and/or notices be sent to the undersigned at the address indicated.

Dated: New York, New York
September 28, 2018

By: /s/ Elliot J. Coz
Elliot J. Coz, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 278-1000
Fax: (212) 278-1733
ecoz@andersonkill.com
*Attorneys for Plaintiffs*

docs-100046288.1