UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS M. SALAS AND ADA CRISTINA
SALAS,

                Plaintiffs,

           vs.

PETER SALAS, et al.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/12/18
```

16cv02248 (DF)

**WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Alexander Litt on behalf of Plaintiffs

CARLOS M. SALAS AND ADA CRISTINA SALAS, in the above-captioned matter.

September 13, 2018      By:    */s/ Alexander Litt*
                            Alexander Litt, Esq.

**SO ORDERED:**   **DATE:** _10/12/18_

------ *Debra Freeman* -----------

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

ANDERSON KILL P.C.
1251 Avenue of the Americas, 42nd fl.
New York, New York 10020
Telephone:  212-278-1000
Facsimile:  212-278-1733
alitt@andersonkill.com

Attorneys for Plaintiffs

docs-100040465.1