# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jeremy E. Deutsch, Esq.
jdeutsch@andersonkill.com
212-278-1172

<u>Via ECF</u>

January 10, 2019

Hon. Debra Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 17A
New York, NY 10007

Re:   *Carlos M. Salas et al. v. Peter Salas et al.,*
      <u>Case No.: 16-cv-2248</u>

Dear Magistrate Judge Freeman:

      We are counsel for the plaintiffs Carlos M. Salas and Ada Cristina Salas and write in response to the letter submitted by Daniel A. Osborn, dated January 10, 2019, requesting an extension of time to file defendants' proposed findings of fact and conclusion of law.

      The original dates were discussed and agreed upon with the "press of business, the holidays, and the scope of the filings" exactly in mind. See Transcript pages 551-552. Mr. Osborne identifies nothing new to justify the departure from the agreed upon dates.

      Mr. Osborn's letter accordingly provides no basis for his request for an extension.

Respectfully submitted,

*Jeremy E. Deutsch*

Jeremy E. Deutsch

cc:   Daniel Osborn, Esq. (via ECF and email)
      *Attorney for Defendants*

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100085220.1